UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. |
| | : | |
| v. | : | (UNDER SEAL) |
| | : | |
| JASON ROBERT CHARTER, | : | Case: 1:20-mj-00128 |
| | : | Assigned To : Robinson, Deborah A. |
| | : | Assign. Date : 7/1/2020 |
| Defendant. | : | Description: Complaint w/ Arrest Warrant |

## ORDER

Based on the representations in the Government's Motion to Seal the Statement of Facts and Criminal Complaint, and to delay entry on the public docket of the filing of this motion to seal, this Court makes the following:

## FINDINGS OF FACT

This is an ongoing investigation of the defendant involving Destruction of Property, in violation of 18 U.S.C. § 1361. According to the Government, the investigation remains open and pending. The Statement of Facts and Criminal Complaint contains sensitive information that could compromise the investigation should it be made public at this time.

The public docketing at this time of the Statement of Facts and Criminal Complaint, and the motion to delay entry on the public docket of the filing of this motion to seal, as well as the Order granting such motion will likely substantially jeopardize the ongoing criminal investigation and apprehension of the defendant.

Based on the representations in the government's motion, <u>Washington Post v. Robinson</u>, 935 F.2d 282, 289 n. 10 (D.C. Cir. 1991), and this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the indictment, bench warrant, pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed

with the Criminal Clerk's office under seal.

Based on the above, it is this 1st day of July, 2020,

**ORDERED** that this Order, and the attached government motion to seal the Statement of Facts and Criminal Complaint, and to delay entry on the public docket of the filing of this Motion to Seal shall be filed under seal in the Criminal Clerk's Office with exhibits shall be filed under seal in the Criminal Clerk's office until the further order of this Court.

It is further **ORDERED** that the Statement of Facts, Criminal Complaint, and Motion to Seal in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court, or unsealed upon execution of the arrest warrant for Jason Charter.

It is further **ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the Government's Motion to Seal and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge