

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:20-mj-00128 |
| JASON ROBERT CHARTER | ) Assigned To : Robinson, Deborah A. |
|  | ) Assign. Date : 7/1/2020 |
|  | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JASON ROBERT CHARTER                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1361 (2 Counts) - (Destruction of Government Property)


Date:    07/01/2020                                  **Deborah A. Robinson**
                                                     Digitally signed by Deborah A. Robinson
                                                     Date: 2020.07.01 18:09:30 -04'00'
                                                     *Issuing officer's signature*

City and state:   WASHINGTON, DC                     DEBORAH A. ROBINSON, U.S. Magistrate Judge
                                                     *Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/2/2020 , and the person was ~~arrested~~ Received on *(date)* 7/2/2020
at *(city and state)* Washington, D.C.

Date: 7/2/2020

~~Arresting~~ Receiving *officer's signature*

Christopher Schwessler, Deputy US Marshal
*Printed name and title*